UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KEVIN RAMSEY

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-349 (GHL)

_____None_____
Attorney for Defendant

SEP 3 0 2005

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) _1, as amended on the record_

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 145.00 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** July 22, 2005.

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. Defendant shall also complete an anger management course to be arranged through the Office of the Judge Advocate General at Fort Drum, New York.

_September 27, 2005_
Date of Imposition of Sentence

_September 30, 2005_ (signature)
DATE SIGNED

_(signature)_
GEORGE H. LOWE
U.S. Magistrate Judge